IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ZEECO, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 10-CV-143-JHP |
| ) | |
| **SIVEC SRL, an Italian corporation and** ) | |
| **successor-in-interest to Sirz Engery Srl** ) | |
| ) | |
| **Defendant.** ) | |

# JUDGMENT

Pursuant to the jury verdict returned herein on November 17, 2011, the Court orders judgment entered for the plaintiff, ZEECO, INC., and against the defendant, SIVEC SRL, an Italian corporation and successor in interest to Sirz Engergy Srl, and the plaintiff recovers $1,744,043.00.

Further, pursuant to the jury's verdict on Defendant's counterclaim returned herein on November 17, 2011, the Court orders judgment entered for the defendant, SIVEC SRL, an Italian corporation and successor in interest to Sirz Engergy Srl, and against the plaintiff, ZEECO, INC., and the defendant recovers €952,840, plus interest, accruing from April 2009.

**IT IS SO ORDERED** this 9th day of January, 2012.

*[signature: James H. Payne]*
James H. Payne
United States District Judge
Eastern District of Oklahoma